United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAINER VON FALKENHORST III, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-1171 |
| § | |
| CORY DON SEPOLIO, CHARLES HUNTER, SCOTT G. HAMILTON, GERALD B. SAGER AND ROBERT C. McCABE, § § § § § | |
| Defendants. § | |

### ORDER

Before the Court is the Defendants Charles Hunter's ("Hunter"), Judge Cory Don Sepolio's ("Judge Sepolio"), Scott G. Hamilton's ("Hamilton"), Gerald B. Sager's ("Sager"), McCabe's ("McCabe") (collectively the "Defendants") Motions to Dismiss and Defendant Hamilton's Corrected Motion to Dismiss (Doc. Nos. 12, 13, 14, 16, 31, 33) and the United States Magistrate Judge's Memorandum and Recommendation.

The United States Magistrate Judge's Memorandum and Recommendation (Doc. No. 49) recommends Hunter's, Judge Sepolio's, Sacer's, and McCabe's Motions to Dismiss and Hamilton's Corrected Motion to Dismiss be granted (Doc. No. 12, 13, 16, 31, 33). The United States Magistrate Judge also recommended that all other pending motions be denied as moot. No objections have been filed and the time for doing so has passed. The Court, having considered the applicable law and facts, hereby adopts the Recommendation of the United States Magistrate Judge.

1

Accordingly, the Court ORDERS that the Memorandum and Recommendation (Doc. No. 49) is **ADOPTED** in full. Hunter, Sepolio, Sager, and McCabe's Motions to Dismiss and Hamilton's Corrected Motion to Dismiss are **GRANTED**. (Doc. Nos. 12, 13, 16, 31, 33). All other pending motions are **DENIED** as **MOOT**. (Doc. No. 5, 14, 15, 17, 18, 19, 20, 22, 23, 25, 46).

SIGNED at Houston, Texas this ___9th___ day of March, 2023.

Andrew S. Hanen
United States District Judge